# Court of Appeals
# of the State of Georgia

ATLANTA,  January 09, 2017

*The Court of Appeals hereby passes the following order:*

## A17A0776.   EDWARD R. CANADY v. OSPREY COVE OWNERS' ASSOCIATION, INC.

Edward R. Canady appeals the trial court's order granting Osprey Cove Owners' Association, Inc.'s motion for summary judgment and awarding judgment against Canady in the total amount of $8,737.78, including pre-judgment interest and attorney fees, plus an unspecified amount for costs and post-judgment interest. We, however, lack jurisdiction.

"Although the grant of a motion for summary judgment is in general directly appealable, where the amount of the judgment is $10,000.00 or less, an application for discretionary appeal is required." *Ca-Shar v. McKesson Corp.*, 204 Ga. App. 865 (420 SE2d 810) (1992) (citing OCGA § 5-6-35 (a) (6)) (punctuation omitted). As the total judgment in favor of Osprey Cove Owners' Association is less than $10,000.00, the entry of summary judgment provides no basis for a direct appeal in this case. See *Ca-Shar*, 204 Ga. App. at 865-866. Canady's failure to follow the discretionary appeal procedure deprives us of jurisdiction to consider his appeal. See *Jennings v. Moss*, 235 Ga. App. 357 (509 SE2d 655) (1998).

Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,  01/09/2017*
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*